UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW RODRIGUEZ,

    Defendant.

_____/

Case: 2:23-cr-20623
Assigned To : Grey, Jonathan J.C.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/2/2023
Description: IND USA V. RODRIGUEZ (DJ)

VIOLATIONS:
18 U.S.C. § 242
(Deprivation of Rights
Under Color of Law)
18 U.S.C. § 1519
(Falsification of Records)

## INDICTMENT

THE GRAND JURY CHARGES:

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant MATTHEW RODRIGUEZ was employed as a Police Officer for the Warren Police Department.

2. J.S. was a resident of Detroit, Michigan.

### COUNT ONE
(18 U.S.C. § 242 -Deprivation of Rights Under Color of Law)

3. On or about June 13, 2023, in the Eastern District of Michigan, the defendant, MATTHEW RODRIGUEZ, while acting under color of law as a Police

Officer with the Warren Police Department, willfully deprived J.S. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures, which includes the right to be free from the unreasonable use of force by a law enforcement officer. Specifically, MATTHEW RODRIGUEZ, without legal justification, repeatedly punched and struck J.S. in and about the head and face. The offense resulted in bodily injury to J.S.

4. All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
### (18 U.S.C. § 1519 - Falsification of Records)

5. On or about June 13, 2023, in the Eastern District of Michigan, the defendant, MATTHEW RODRIGUEZ, acting in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified a record and document, with the intent to impede, obstruct, and influence the investigation and proper administration of that matter. Specifically, MATTHEW RODRIGUEZ wrote a narrative report as part of a Warren Police Department "Blue Team" use-of-force report regarding his use of force against J.S. that he knew to be false, in that it represented that MATTHEW RODRIGUEZ had struck J.S. only one time in the head, when in fact, as MATTHEW RODRIGUEZ then knew, he had struck J.S. multiple times, and had thrust J.S.'s head and face into a solid wall and into a solid floor.

6. All in violation of Title 18 United States Code, Section 1519.

A TRUE BILL:

s/ *Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:


s/ *Robert A. Moran*
Robert A. Moran
Assistant United States Attorney

s/ *Alec C. Ward*
Alec C. Ward
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section

Dated: November 2, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:23-cr-20623<br>Assigned To : Grey, Jonathan J.C.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 11/2/2023<br>Description: IND USA V. RODRIGUEZ (DJ) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: _(signed)_ |

**Case Title:** USA v. Matthew Rodriguez

**County where offense occurred :** Macomb County

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30285    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 2, 2023
Date

_(signature)_
Robert Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9553
Fax:
E-Mail address: Robert.Moran@usdoj.gov
Attorney Bar #: P46346

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.