

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

United States of America,

                                               Criminal No. 23-cr-20623

v.

                                               Honorable Jonathon J.C. Grey

Matthew Rodriguez,

        Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

      I, MATTHEW RODRIGUEZ, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

As to Count One:
      <u>Deprivation of Rights Under Color of Law – 18 U.S.C. § 242</u>
- Up to 10 years' imprisonment and/or a $250,000.00 fine.

As to Count Two:
      <u>False Report – 18 U.S.C. § 1519</u>
- Up to 20 years' imprisonment and/or a $250,000 fine.

                                                X_____
                                                MATTHEW RODRIGUEZ
                                                Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Elias Muawad
Counsel for Defendant

Dated: 11-6-2023